IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN TALBOTT, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:05CV01982 DDN |
| CITY OF O'FALLON, et al., | ) |
| Defendants. | ) |

**AMENDED SUPPLEMENTAL EVIDENCE PRESERVATION ORDER**

On February 8, 2006, the Court entered an Evidence Preservation Order requiring that all employees of the City of O'Fallon not delete or destroy any files, documents, e-mail or other electronically stored data which mention "Talbott" or "Chief." The Order is revised as follows: All employees of the City of O'Fallon shall not delete or destroy any files, documents, e-mail or other electronically stored data which mention "Talbott." Additionally, all employees of the City of O'Fallon shall not delete or destroy any files, documents, e-mail or other electronically stored data which mention "Chief" and which were created before August 11, 2005. Finally, all employees of the City of O'Fallon shall not delete or destroy any files, documents, e-mail or other electronically stored data which mention "Chief" and were created after August 11, 2005 if the reference to "Chief" is a reference to Steve Talbott.

78

So Ordered,

_David D. Noce_
U. S. Magistrate Judge

Dated: July 19, 2006